# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. MARTIN; RONNY D. BRIAN;<br><br>Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 06CV0273-LAB (AJB)<br><br>**ORDER OF DISMISSAL** |

The parties have reached a settlement agreement and have jointly moved to dismiss this action in its entirety with prejudice. Therefore, this action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: April 23, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge